HON. RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDAL HALL,<br><br>           Plaintiff,<br><br>    vs.<br><br>SIRIUS XM RADIO INC.,<br><br>           Defendant. | NO. 12-cv-05968-RBL<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |

### **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Randal Hall files this stipulation of dismissal, signed by all parties, dismissing this action without prejudice. All parties shall bear their own costs in connection with this action.

DATED this 25th day of April, 2013.

                              HAGENS BERMAN SOBOL SHAPIRO LLP

                              By *s/ Steve W. Berman*
                              By *s/ Thomas E. Loeser*
                                   Steve W. Berman, WSBA #12536
                                   Thomas E. Loeser, WSBA #38701
                                   1918 Eighth Avenue, Suite 3300
                                   Seattle, WA 98101
                                   Telephone: (206) 623-7292

Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: toml@hbsslaw.com

CADDELL & CHAPMAN

By  *s/ Michael A. Caddell*
By  *s/ Cynthia B. Chapman*
By  *s/ Cory S. Fein*
By  *s/ Amy E. Tabor*
   Michael A. Caddell, #03576700 (*Pro Hac Vice*)
   Cynthia B. Chapman, #00796339 (*Pro Hac Vice*)
   Cory S. Fein, #06879450 (*Pro Hac Vice*)
   Amy E. Tabor, #24041999 (*Pro Hac Vice*)
   1331 Lamar St., Suite 1070
   Houston, TX 77010
   Telephone: (713) 751-0400
   Facsimile: (713) 751-0906
   Email: mac@caddellchapman.com
   Email: cbc@caddellchapman.com
   Email: csf@caddellchapman.com
   Email: aet@caddellchapman.com

***Attorneys for Plaintiff Randal Hall***

CALFO HARRIGAN LEYH & EAKES LLP

By  *s/ Tyler L. Farmer*
   Tyler L. Farmer, WSBA #39912
   999 Third Avenue, Suite 4400
   Seattle, WA  98104
   Telephone:  (206) 623-1700
   Facsimile:  (206) 623-8717
   Email:  tylerf@calfoharrigan.com

JONES DAY

By  *s/ Thomas Demitrack*
   Thomas Demitrack (*Pro Hac Vice*)
   North Point
   901 Lakeside Avenue
   Cleveland, Ohio 44114
   Telephone: (216) 586-3939
   Facsimile: (216) 579-0212
   Email:  tdemitrack@jonesday.com

JONES DAY

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL - 2
(12-cv-05968-RBL)

By *s/ David S. Rutkowski*
David S. Rutkowski (*Pro Hac Vice*)
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email:  dsrutkowski@jonesday.com

***Attorneys for Defendant Sirius XM Radio Inc.***

# ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

HAGENS BERMAN SOBOL SHAPIRO LLP

By *s/ Steve W. Berman*
By *s/ Thomas E. Loeser*
Steve W. Berman, WSBA #12536
Thomas E. Loeser, WSBA #38701
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: toml@hbsslaw.com

CADDELL & CHAPMAN

By *s/ Michael A. Caddell*
By *s/ Cynthia B. Chapman*
By *s/ Cory S. Fein*
By *s/ Amy E. Tabor*
Michael A. Caddell, #03576700 (*Pro Hac Vice*)
Cynthia B. Chapman, #00796339 (*Pro Hac Vice*)
Cory S. Fein, #06879450 (*Pro Hac Vice*)

|   |   |
|---|---|
| 1 | Amy E. Tabor, #24041999 (*Pro Hac Vice*) |
|   | 1331 Lamar St., Suite 1070 |
| 2 | Houston, TX 77010 |
|   | Telephone: (713) 751-0400 |
| 3 | Facsimile: (713) 751-0906 |
|   | Email: mac@caddellchapman.com |
| 4 | Email: cbc@caddellchapman.com |
|   | Email: csf@caddellchapman.com |
| 5 | Email: aet@caddellchapman.com |

*Attorneys for Plaintiff Randal Hall*

CALFO HARRIGAN LEYH & EAKES LLP

By *s/ Tyler L. Farmer*
  Tyler L. Farmer, WSBA #39912
  999 Third Avenue, Suite 4400
  Seattle, WA  98104
  Telephone:  (206) 623-1700
  Facsimile:  (206) 623-8717
  Email:  tylerf@calfoharrigan.com

JONES DAY

By *s/ Thomas Demitrack*
  Thomas Demitrack (*Pro Hac Vice*)
  North Point
  901 Lakeside Avenue
  Cleveland, Ohio 44114
  Telephone: (216) 586-3939
  Facsimile: (216) 579-0212
  Email:  tdemitrack@jonesday.com

JONES DAY

By *s/ David S. Rutkowski*
  David S. Rutkowski (*Pro Hac Vice*)
  555 California Street, 26th Floor
  San Francisco, California 94104
  Telephone: (415) 626-3939
  Facsimile: (415) 875-5700
  Email:  dsrutkowski@jonesday.com

*Attorneys for Defendant Sirius XM Radio Inc.*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 4
(12-cv-05968-RBL)