HON. RONALD B. LEIGHTON

12-CV-05968-ORD

FILED ____ LODGED
RECEIVED

APR 30 2013

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDAL HALL,<br><br>    Plaintiff,<br><br>vs.<br><br>SIRIUS XM RADIO INC.,<br><br>    Defendant. | NO. 12-cv-05968-RBL<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Randal Hall files this stipulation of dismissal, signed by all parties, dismissing this action without prejudice. All parties shall bear their own costs in connection with this action.

DATED this 25th day of April, 2013.

            HAGENS BERMAN SOBOL SHAPIRO LLP

            By *s/ Steve W. Berman*
            By *s/ Thomas E. Loeser*
              Steve W. Berman, WSBA #12536
              Thomas E. Loeser, WSBA #38701
              1918 Eighth Avenue, Suite 3300
              Seattle, WA 98101
              Telephone: (206) 623-7292

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL - 1
(12-cv-05968-RBL)

Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: toml@hbsslaw.com

CADDELL & CHAPMAN

By *s/ Michael A. Caddell*
By *s/ Cynthia B. Chapman*
By *s/ Cory S. Fein*
By *s/ Amy E. Tabor*
 Michael A. Caddell, #03576700 (*Pro Hac Vice*)
 Cynthia B. Chapman, #00796339 (*Pro Hac Vice*)
 Cory S. Fein, #06879450 (*Pro Hac Vice*)
 Amy E. Tabor, #24041999 (*Pro Hac Vice*)
 1331 Lamar St., Suite 1070
 Houston, TX 77010
 Telephone: (713) 751-0400
 Facsimile: (713) 751-0906
 Email: mac@caddellchapman.com
 Email: cbc@caddellchapman.com
 Email: csf@caddellchapman.com
 Email: aet@caddellchapman.com

***Attorneys for Plaintiff Randal Hall***


CALFO HARRIGAN LEYH & EAKES LLP

By *s/ Tyler L. Farmer*
 Tyler L. Farmer, WSBA #39912
 999 Third Avenue, Suite 4400
 Seattle, WA 98104
 Telephone: (206) 623-1700
 Facsimile: (206) 623-8717
 Email: tylerf@calfoharrigan.com

JONES DAY

By *s/ Thomas Demitrack*
 Thomas Demitrack (*Pro Hac Vice*)
 North Point
 901 Lakeside Avenue
 Cleveland, Ohio 44114
 Telephone: (216) 586-3939
 Facsimile: (216) 579-0212
 Email: tdemitrack@jonesday.com

JONES DAY

By _s/ David S. Rutkowski_
David S. Rutkowski (*Pro Hac Vice*)
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: dsrutkowski@jonesday.com

*Attorneys for Defendant Sirius XM Radio Inc.*

## ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED this 30th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

HAGENS BERMAN SOBOL SHAPIRO LLP

By _s/ Steve W. Berman_
By _s/ Thomas E. Loeser_
  Steve W. Berman, WSBA #12536
  Thomas E. Loeser, WSBA #38701
  1918 Eighth Avenue, Suite 3300
  Seattle, WA 98101
  Telephone: (206) 623-7292
  Facsimile: (206) 623-0594
  Email: steve@hbsslaw.com
  Email: toml@hbsslaw.com

CADDELL & CHAPMAN

By _s/ Michael A. Caddell_
By _s/ Cynthia B. Chapman_
By _s/ Cory S. Fein_
By _s/ Amy E. Tabor_
  Michael A. Caddell, #03576700 (*Pro Hac Vice*)
  Cynthia B. Chapman, #00796339 (*Pro Hac Vice*)
  Cory S. Fein, #06879450 (*Pro Hac Vice*)

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL - 3
(12-cv-05968-RBL)

1  Amy E. Tabor, #24041999 (*Pro Hac Vice*)
   1331 Lamar St., Suite 1070
2  Houston, TX 77010
   Telephone: (713) 751-0400
3  Facsimile: (713) 751-0906
   Email: mac@caddellchapman.com
4  Email: cbc@caddellchapman.com
   Email: csf@caddellchapman.com
5  Email: aet@caddellchapman.com

6  ***Attorneys for Plaintiff Randal Hall***

7

8  CALFO HARRIGAN LEYH & EAKES LLP

9  By *s/ Tyler L. Farmer*
   Tyler L. Farmer, WSBA #39912
10 999 Third Avenue, Suite 4400
   Seattle, WA 98104
11 Telephone: (206) 623-1700
   Facsimile: (206) 623-8717
12 Email: tylerf@calfoharrigan.com

13 JONES DAY

14 By *s/ Thomas Demitrack*
   Thomas Demitrack (*Pro Hac Vice*)
15 North Point
16 901 Lakeside Avenue
   Cleveland, Ohio 44114
17 Telephone: (216) 586-3939
   Facsimile: (216) 579-0212
18 Email: tdemitrack@jonesday.com

19 JONES DAY

20 By *s/ David S. Rutkowski*
   David S. Rutkowski (*Pro Hac Vice*)
21 555 California Street, 26th Floor
22 San Francisco, California 94104
   Telephone: (415) 626-3939
23 Facsimile: (415) 875-5700
   Email: dsrutkowski@jonesday.com
24
25 ***Attorneys for Defendant Sirius XM Radio Inc.***

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL - 4
(12-cv-05968-RBL)