HON. RONALD B. LEIGHTON

12-CV-05968-ORD

FILED ___ LODGED
___ RECEIVED

APR 30 2013

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDAL HALL,<br><br>                    Plaintiff,<br><br>vs.<br><br>SIRIUS XM RADIO INC.,<br><br>                    Defendant. | NO. 12-cv-05968-RBL<br><br>STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Randal Hall files this stipulation of dismissal, signed by all parties, dismissing this action without prejudice. All parties shall bear their own costs in connection with this action.

DATED this 25th day of April, 2013.

HAGENS BERMAN SOBOL SHAPIRO LLP

By *s/ Steve W. Berman*
By *s/ Thomas E. Loeser*
    Steve W. Berman, WSBA #12536
    Thomas E. Loeser, WSBA #38701
    1918 Eighth Avenue, Suite 3300
    Seattle, WA 98101
    Telephone: (206) 623-7292

Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: toml@hbsslaw.com

CADDELL & CHAPMAN

By  s/ Michael A. Caddell
By  s/ Cynthia B. Chapman
By  s/ Cory S. Fein
By  s/ Amy E. Tabor
    Michael A. Caddell, #03576700 (*Pro Hac Vice*)
    Cynthia B. Chapman, #00796339 (*Pro Hac Vice*)
    Cory S. Fein, #06879450 (*Pro Hac Vice*)
    Amy E. Tabor, #24041999 (*Pro Hac Vice*)
    1331 Lamar St., Suite 1070
    Houston, TX 77010
    Telephone: (713) 751-0400
    Facsimile: (713) 751-0906
    Email: mac@caddellchapman.com
    Email: cbc@caddellchapman.com
    Email: csf@caddellchapman.com
    Email: aet@caddellchapman.com

***Attorneys for Plaintiff Randal Hall***


CALFO HARRIGAN LEYH & EAKES LLP

By  s/ Tyler L. Farmer
    Tyler L. Farmer, WSBA #39912
    999 Third Avenue, Suite 4400
    Seattle, WA  98104
    Telephone:  (206) 623-1700
    Facsimile:  (206) 623-8717
    Email:  tylerf@calfoharrigan.com

JONES DAY

By  s/ Thomas Demitrack
    Thomas Demitrack (*Pro Hac Vice*)
    North Point
    901 Lakeside Avenue
    Cleveland, Ohio 44114
    Telephone: (216) 586-3939
    Facsimile: (216) 579-0212
    Email:  tdemitrack@jonesday.com

JONES DAY

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL - 2
(12-cv-05968-RBL)

By *s/ David S. Rutkowski*
David S. Rutkowski (*Pro Hac Vice*)
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: dsrutkowski@jonesday.com

*Attorneys for Defendant Sirius XM Radio Inc.*

## ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED this 30th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

HAGENS BERMAN SOBOL SHAPIRO LLP

By *s/ Steve W. Berman*
By *s/ Thomas E. Loeser*
Steve W. Berman, WSBA #12536
Thomas E. Loeser, WSBA #38701
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: toml@hbsslaw.com

CADDELL & CHAPMAN

By *s/ Michael A. Caddell*
By *s/ Cynthia B. Chapman*
By *s/ Cory S. Fein*
By *s/ Amy E. Tabor*
Michael A. Caddell, #03576700 (*Pro Hac Vice*)
Cynthia B. Chapman, #00796339 (*Pro Hac Vice*)
Cory S. Fein, #06879450 (*Pro Hac Vice*)

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL - 3
(12-cv-05968-RBL)

```
 1      Amy E. Tabor, #24041999 (Pro Hac Vice)
        1331 Lamar St., Suite 1070
 2      Houston, TX 77010
        Telephone: (713) 751-0400
 3      Facsimile: (713) 751-0906
        Email: mac@caddellchapman.com
 4      Email: cbc@caddellchapman.com
        Email: csf@caddellchapman.com
 5      Email: aet@caddellchapman.com

 6   Attorneys for Plaintiff Randal Hall

 7

 8    CALFO HARRIGAN LEYH & EAKES LLP

 9   By s/ Tyler L. Farmer
        Tyler L. Farmer, WSBA #39912
10      999 Third Avenue, Suite 4400
        Seattle, WA 98104
11      Telephone: (206) 623-1700
        Facsimile: (206) 623-8717
12      Email: tylerf@calfoharrigan.com

13   JONES DAY

14   By s/ Thomas Demitrack
15      Thomas Demitrack (Pro Hac Vice)
        North Point
16      901 Lakeside Avenue
        Cleveland, Ohio 44114
17      Telephone: (216) 586-3939
        Facsimile: (216) 579-0212
18      Email: tdemitrack@jonesday.com

19   JONES DAY

20   By s/ David S. Rutkowski
21      David S. Rutkowski (Pro Hac Vice)
        555 California Street, 26th Floor
22      San Francisco, California 94104
        Telephone: (415) 626-3939
23      Facsimile: (415) 875-5700
        Email: dsrutkowski@jonesday.com
24
25   Attorneys for Defendant Sirius XM Radio Inc.
```

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL - 4
(12-cv-05968-RBL)